# EXHIBIT "1"
## TO THE PLAINTIFF'S COMPLAINT

# SUMMARY OF DEFENDANTS' IP ADDRESS DATA

Film Title: Criminal
File Name: Criminal.2016.720p.WEBRip.x264.AAC-ETRG
File Hash: SHA1: 92453EEE2E12CF8F793403C26005084D4BBA1563

| No | IP | Hit Date UTC | ISP | State | County |
|---|---|---|---|---|---|
| 1 | 70.173.41.190 | 2016-07-13 11:57:37 | Cox | Nevada | Clark County |
| 2 | 24.234.171.251 | 2016-07-15 20:58:31 | Cox | Nevada | Clark County |
| 3 | 98.160.213.223 | 2016-07-18 08:52:11 | Cox | Nevada | Clark County |
| 4 | 72.193.87.103 | 2016-07-27 01:47:04 | Cox | Nevada | Clark County |
| 5 | 68.108.53.239 | 2016-08-02 00:35:44 | Cox | Nevada | Clark County |
| 6 | 68.96.238.169 | 2016-08-02 05:53:32 | Cox | Nevada | Clark County |
| 7 | 72.193.82.242 | 2016-08-03 08:49:41 | Cox | Nevada | Clark County |
| 8 | 68.108.162.126 | 2016-08-03 22:26:14 | Cox | Nevada | Clark County |
| 9 | 24.253.5.65 | 2016-08-06 14:10:27 | Cox | Nevada | Clark County |
| 10 | 174.71.228.88 | 2016-08-07 17:51:11 | Cox | Nevada | Clark County |
| 11 | 70.180.217.150 | 2016-08-07 22:35:22 | Cox | Nevada | Clark County |
| 12 | 68.224.230.222 | 2016-08-09 22:00:02 | Cox | Nevada | Clark County |
| 13 | 24.120.53.220 | 2016-08-10 21:49:07 | Cox | Nevada | Clark County |
| 14 | 24.234.109.226 | 2016-08-11 23:16:21 | Cox | Nevada | Clark County |
| 15 | 68.104.13.66 | 2016-08-13 16:31:26 | Cox | Nevada | Clark County |
| 16 | 24.120.53.222 | 2016-08-13 17:51:22 | Cox | Nevada | Clark County |