# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT BLANDINO, et al.,<br><br>Defendants. | Case No. 2:16-cv-2201-APG-VCF<br><br>**REFERRAL TO PRO BONO PROGRAM** |

This case is referred to the Pilot Pro Bono Program adopted in General Order 2016-02 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for defendant Albert Blandino. The scope of appointment shall be for all purposes through the conclusion of trial. By referring this case to the Program, I am not expressing an opinion as to the merits of the case. Accordingly,

**IT IS HEREBY ORDERED** that this case is referred to the Pro Bono Program for appointment of counsel for all purposes through the conclusion of trial.

**IT IS FURTHER ORDERED** that the Clerk shall also forward this order to the Pro Bono Liaison.

Dated: August 7, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE